# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Amneal Parmaceuticals LLC<br>400 Crossing Boulevard, 3rd Floor<br>Bridgewater, NJ 08807 | Ammneal Pharmaceuticals LLC<br>104 Hippocrates Way<br>Glasgow, KY 42141 | Amneal Pharmaceuticals<br>Attn: April LeGros, Counsel<br>400 Crossing Blvd., 5th Floor<br>Bridgewater, NJ 08807 |
| Amneal Pharmaceuticals LLC<br>Attn: Stephen J. Manzano, SVP,<br>General Counsel & Corporate Secretary<br>115 Carroll Knicely Drive<br>Glasgow, KY 42141 | Alexander Nicas, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 | Amneal Pharmaceuticals LLC<br>Attn: Stephen J. Manzano, SVP,<br>General Counsel & Corporate Secretary<br>115 Carroll Knicely Drive<br>Glasgow, KY 42141 |

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Amneal Pharmaceuticals LLC
Attn: Edward Coss, Organizer
400 Crossing Blvd., 3rd Floor
Bridgewater, NJ 08807-2863
The Corporation Trust Company,
R/A for Amneal Pharmaceuticals LLC
Corporation Trust Center
1209 Orange St
Wilmington DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature    */s/ Gini L. Downing*

Print Name:    Gini L. Downing
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:    Los Angeles, CA 90067

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Trust Company,
R/A for Amneal Pharmaceuticals LLC
Corporation Trust Center
1209 Orange St
Wilmington DE 19801

9590 9402 3367 7227 2947 18

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9771

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FEB 08 2022
CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt