Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, d/b/a/ AMNEAL SPECIALTY, AMNEAL PHARMACEUTICALS LLC,<br><br>Defendants. | Adv. Proc. No. 2-22-02004-PRW |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc. ("Debtor"), and defendants, Amneal Pharmaceuticals LLC d/b/a Amneal Specialty and Amneal Pharmaceuticals LLC ("Defendants", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on February 18, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendants to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 23, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendants to answer the Complaint to and including June 15, 2022.

[*Remainder of Page Intentionally Left Blank*]

2. All other terms set forth in the First Stipulation remain in full force and effect.

Dated: March 29, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: March 29, 2022

KIRKLAND & ELLIS LLP

/s/ Alexander J. Nicas
Joshua A. Sussberg, P.C. (NY Bar No. 4216453)
Alexander Nicas (NY Bar No. 5133517)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: joshua.sussberg@kirkland.com
alexander.nicas@kirkland.com

-and-

Mark McKane, P.C. (CA Bar No. 230552)
Michael P. Esser (CA Bar No. 268634)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: mark.mckane@kirkland.com
michael.esser@kirkland.com

*Counsel to Defendants Amneal Pharmaceuticals LLC d/b/a Amneal Specialty and Amneal Pharmaceuticals LLC*

SO ORDERED:

DATED: _____, 2022
Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

3

DOCS-LA:342991.2 75015/003
Case 2-22-02004-PRW, Doc 18, Filed 03/29/22, Entered 03/29/22 13:30:46,
Description: Main Document, Page 3 of 3