Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>               Plaintiff,<br>   v.<br><br>AMNEAL PHARMACEUTICALS LLC, d/b/a AMNEAL SPECIALTY, AMNEAL PHARMACEUTICALS, LLC<br><br>               Defendants. | Adv. Proc. No. 2-22-02004-PRW |

**FOURTH STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"

or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc.

("Debtor"), and defendants, Amneal Pharmaceuticals LLC, d/b/a Amneal Specialty, Amneal

Pharmaceuticals LLC ("Defendants" and, together with Plaintiff, the "Parties"), by and through

their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on February 18, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendants to answer the Complaint was extended through and including April 15, 2022.  The First Stipulation was approved by order entered February 23, 2022.

WHEREAS, on March 29, 2022, the Parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendants to answer the Complaint was further extended through and including June 15, 2022.  The Second Stipulation was approved by order entered March 30, 2022.

WHEREAS, on June 6, 2022, the Parties entered into a stipulation (the "Third Stipulation") by which the time required for Defendants to answer the Complaint was further extended through and including August 31, 2022.  The Third Stipulation was approved by order entered June 13, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1.      The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendants to answer the Complaint to and including September 28, 2022.

[*Remainder of Page Intentionally Left Blank*]

DOCS_LA:344550.1 75015/003

2.      All other terms set forth in the First Stipulation, Second Stipulation and Third

Stipulation remain in full force and effect.


Dated:  July 26, 2022                                      Dated:  July 26, 2022

PACHULSKI STANG ZIEHL & JONES LLP        KIRKLAND & ELLIS LLP

*/s/ Ilan D. Scharf*                                      */s/ Joshua A. Sussberg*
Bradford J. Sandler (NY Bar No. 4499877)       Joshua A. Sussberg, P.C. (NY Bar No.
Ilan D. Scharf (NY Bar No. 4042107)             4216453)
Jason S. Pomerantz (CA Bar No. 157216)          601 Lexington Avenue
780 Third Avenue, 34th Floor                    New York, NY  10022
New York, NY  10017                             Telephone: (212) 446-4800
Telephone:  (212) 561-7700                      Email:  joshua.sussberg@kirkland.com
Email:     bsandler@pszjlaw.com
           ischarf@pszjlaw.com                  -and-
           jspomerantz@pszjlaw.com
                                                Mark McKane, P.C. (CA Bar No. 230552)
*Counsel to Plaintiff RDC Liquidating Trust*    Michael P. Esser (CA Bar No. 268634)
                                                555 California Street
                                                San Francisco, CA 94104
                                                Telephone: (415) 439-1400
                                                Email:  mark.mckane@kirkland.com
                                                        michael.esser@kirkland.com

                                                *Counsel to Defendants Amneal*
                                                *Pharmaceuticals LLC d/b/a Amneal*
                                                *Specialty and Amneal Pharmaceuticals LLC*


SO ORDERED:


DATED: _____, 2022          _____
          Rochester, New York           HON. PAUL R. WARREN
                                        United States Bankruptcy Judge

DOCS_LA:344550.1 75015/003
Case 2-22-02004-PRW,   Doc 25,   Filed 07/26/22,   Entered 07/26/22 13:40:27,
Description: Main Document  , Page 3 of 3